IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AIRLITE PLASTICS CO., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV367 |
| v. | ) ) | |
| AA GLOBAL, LTD, f/k/a EESI GLOBAL, LTD., f/k/a EESI, INC., f/d/b/a EESI GLOBAL LIMITED and EESI SOLUTIONS, LLC, d/b/a EESI GLOBAL, LLC, and MAHANDRAN NAIDU, d/b/a EESI GLOBAL, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's request to withdraw summons (Filing No. 10).  The Court notes that plaintiff has 120 days from the filing of the complaint to serve summons.  Plaintiff's request will be denied as moot.  Accordingly,

IT IS ORDERED that plaintiff's request to withdraw summons is denied as moot.

DATED this 19th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court